Stephen G. Recordon (SBN 91401)
Recordon & Recordon
225 Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 232-1717
Facsimile: (619) 232-1382
Email: 1sgrecordon@gmail.com

Clinton Rooney (SBN 221628)
225 Broadway, Suite 1900
San Diego, CA  92101
Phone: (619) 234-0212
Facsimile:  (619) 232-1382
Email: rooneycdi@gmail.com

Attorneys for the Plaintiff, LAWRENCE SPARKS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPARKS, ) | CASE No.  17-cv-1203 H AGS |
| ) | |
| Plaintiff, ) | NOTICE OF SETTLEMENT |
| ) | OF CASE |
| vs. ) | |
| ) | |
| USE CREDIT UNION, MCT GROUP) | |
| INC, doing business as MCT GROUP ) | |
| and JASON TRAVIS BULPITT, f/k/a) | |
| TRAVIS BULPITT, f/k/a JASON   ) | |
| RUSSELL,                      ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

TO ALL PARTIES, THEIR ATTORNEYS AND THE CLERK OF THE COURT HEREIN:

    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 17, 2017 for filing a joint dismissal.

    Respectfully submitted,

    RECORDON & RECORDON

Dated: October 4, 2017    /s/Stephen G. Recordon
    Stephen G. Recordon