1  Stephen G. Recordon (SBN 91401)
2  Recordon & Recordon
3  225 Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone: (619) 232-1717
5  Email: 1sgrecordon@gmail.com
   Attorneys for the Plaintiff, LAWRENCE SPARKS
6
7  Joni B. Flaherty
8  GORDON & REES, LLP
   101 W. Broadway, Ste. 2000
9  San Diego, CA 92101
10 Attorneys for Defendant, USE CREDIT UNION, MCT
11
12 David Kaminski
   J. Grace Felipe
13 Carlson & Messer, LLP
14 9841 Airport Blvd., #1200
   Los Angeles, CA 90045
15 Attorneys for Defendant, JASON TRAVIS BULPITT
16
17                  UNITED STATES DISTRICT COURT
18                 SOUTHERN DISTRICT OF CALIFORNIA
19
20 LAWRENCE SPARKS,                )   CASE No.  17-cv-1203 H AGS
                                   )
21                     Plaintiff,  )   JOINT MOTION TO
                                   )   DISMISS CASE
22 vs.                             )
23                                 )
24 USE CREDIT UNION, MCT GROUP)       Judge: Hon. Marilyn L. Huff
   INC, doing business as MCT GROUP)
25 and JASON TRAVIS BULPITT, f/k/a)
26 TRAVIS BULPITT, f/k/a JASON    )
   RUSSELL,                       )
27                                )
28                     Defendants.)
   _____)

IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that Plaintiff's Complaint be dismissed with prejudice pursuant to FRCP41(a)(1) as a result of the settlement of Plaintiff's claims, the parties jointly move this court to dismiss Plaintiff's Complaint with prejudice. Each party to bear their own attorney's fees and costs.

Dated: November 7, 2017                    /s/ Stephen G. Recordon
                                           Stephen G. Recordon
                                           Attorney for Plaintiff Lawrence Sparks

Dated: November 7, 2017                    /s/ J. Grace Felipe
                                           J. Grace Felipe
                                           Attorney for Defendant MCT Group

Dated: November 7, 2017                    /s/ Joni B. Flaherty
                                           Joni B. Flaherty
                                           Attorney for Defendant USE Credit

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to J. Grace Felipe, counsel for Defendant MCT Group, Inc., and Joni B. Flaherty, counsel for Defendant USE Credit Union, and that I have obtained Ms. Felipe's and Ms. Flaherty's authorization to affix their electronic signatures to this document.

Dated: November 7, 2017                    /s/Stephen G. Recordon
                                           Stephen G. Recordon
                                           Attorney for Plaintiff