# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SPARKS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>USE CREDIT UNION; MCT GROUP INC., d/b/a MCT GROUP; and JASON TRAVIS BULPITT, f/k/a TRAVIS BULPITT, f/k/a JASON RUSSELL,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-01203-H-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 22.] |

On November 7, 2017, the parties filed a joint motion to dismiss this action with prejudice.  (Doc. No. 22.)  The Court grants the motion and dismisses this action with prejudice.  Each party will bear its respective costs, including any possible attorney fees or other expenses of litigation.

**IT IS SO ORDERED.**

DATED: November 8, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT